PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Superceding Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: MONTILLA, Marcos                    Cr.: 93-00444-001

Name of Sentencing Judicial Officer: John T. Curtin, USDJ, Western District of New York

10/26/92: Jurisdiction was transferred to New Jersey and assigned to Chief U.S. District Court Judge John F. Gerry.

02/14/06:  This case was subsequently re-assigned to the Honorable Jose L. Linares, U.S. District Court Judge.

Date of Original Sentence: 10/17/91

Original Offense: Count 1: Possession of Cocaine with Intent to Distribute, 21 U.S.C. § 841 (a)(1); Count 2: Conspiracy to Possess with Intent to Distribute Cocaine, 21 USC § 846.

Original Sentence: 41 months BOP on each count, to run concurrently, 3 years supervised release on each count, to run concurrently, $100 special assessment (satisfied 02/04/93).  Special conditions include drug testing/treatment at the discretion of the U.S. Probation Office.

Type of Supervision: TSR                    Date Supervision Commenced: 07/24/92

Assistant U.S. Attorney: Paul Matey                    Defense Attorney: Lisa Mack, AFPD

## PETITIONING THE COURT

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |
|  | On or about June 3, 1993, Marcos Montilla departed the District of New Jersey without permission of the court or probation officer. A close relative advised Montilla's probation officer that he returned to the Dominican Republic. |
|  | The Probation Office has determined this conduct constitutes a **Grade C violation.** |

2     The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**'

On or about June 3, 1993, Marcos Montilla changed his residence without notifying the probation officer.

The Probation Office has determined this conduct constitutes a **Grade C violation.**

3     The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On or about January 16, 2006, Montilla was arrested by the New York City Police Department on a charge of Aggravated Harassment. This charge stemmed from threatening phone calls that Montilla reportedly placed to his ex-girlfriend causing her to fear for her safety. This charge is currently pending.

The Probation Office has determined this conduct constitutes a **Grade C violation.**

I declare under penalty of perjury that the foregoing is true and correct.

By:  Justine P. Meddick
U.S. Probation Officer
Date:  03/10/06

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[X] **This petition shall supercede the original petition for warrant or summons dated 10/13/93.**

_____
Signature of Judicial Officer

3 - 17 - 06
_____
Date